UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS W. STRUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CV138 FRB |
| ) | |
| FLORA ASHTON, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that plaintiff's Motion for Relief from MSOTC's "Four Inch" Rule [Doc. #24] is **DENIED**. Plaintiff's speculation that the pages of discovery and legal research in this cause may exceed in volume that which is permitted by the Missouri Sexual Offender Treatment Center's security regulations is an insufficient basis upon which to order the Treatment Center to suspend its regulations.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Judicial Notice [Doc. #25] is **DENIED without prejudice** to be resubmitted, if appropriate, at such time as the determination of facts relevant to the cause becomes ripe for adjudication, i.e., summary judgment and/or trial.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Preliminary Injunction [Doc. #26] is **DENIED.** A review of the record shows plaintiff not to have been prejudiced in this cause by his alleged lack of access to office supplies, including free photocopying. Plaintiff has timely filed pleadings in accordance with the terms of the Case Management Order and, indeed, a review of the court's records shows plaintiff to have participated as a party in not less than sixteen separate causes of action filed in this district.[1] It cannot be said, therefore, that lack of access to typing supplies, file

---

[1]See Love, et al. v. Schoffman, 4:03CV1507 CDP;
Strutton v. Blake, 4:04CV616 DJS;
Strutton v. Missouri Dep't of Mental Health, 4:04CV1582 ERW;
Strutton v. Helms, 4:04CV1735 CEJ;

folders, brief covers, free photocopies, word processors, envelopes, and postage has prevented plaintiff from presenting claims to this Court.

**IT IS FURTHER ORDERED** that plaintiff's Motion to Dispense with Requirement of Security [Doc. #27] is **DENIED as moot.**

Dated this *10th* day of January, 2006.

_____
FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE

---

Strutton v. Blake, 4:04CV1788 ERW;
Strutton v. Adams, 4:04CV1801 RWS;
Strutton v. State of Missouri, 4:04CV1825 RWS;
Strutton v. State of Missouri, 4:05CV02 RWS;
Strutton v. Ashton, 4:05CV138 FRB;
Strutton v. Mead, 4:05CV140 TIA;
Strutton v. Nixon, 4:05CV390 AGF;
Strutton v. Major, 4:05CV448 TIA;
Strutton v. Adams, 4:05CV502 FRB;
Strutton v. Nixon, 4:05CV660 CAS;
Strutton v. Adams, 4:05CV947 FRB;
Strutton v. Meade, 4:05CV2022 ERW.